**Motion Granted and Order filed April 28, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00005-CV
_____

**VAST CONSTRUCTION, LLC, Appellant**

**V.**

**CTC CONTRACTORS, LLC, Appellee**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-21652**

## ORDER

The clerk's record was filed on April 14, 2016. It comprises seven volumes and nearly 2,700 pages. On April 22, appellant filed an unopposed motion for this court to instruct the district clerk to file a legible version of the clerk's record because many of the pages are illegible or difficult to read. According to the motion, the deputy clerk responsible for preparing the record told appellant's counsel that another method for preparing the record exists which would produce clearer pages. The motion is **GRANTED**.

Accordingly, we **ORDER** the Harris County District Clerk to prepare, certify, and file in this court a legible version of the complete clerk's record at no additional cost to the parties. The new version of the clerk's record must be filed by **May 9, 2016**.

PER CURIAM